UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1421
(5:20-cv-00275-M)

_____

NATIONAL COATINGS & SUPPLIES, INC.; SINGLE SOURCE, INC.

    Plaintiffs - Appellants

v.

VALLEY FORGE INSURANCE COMPANY

    Defendant - Appellee

------------------------------

AMERICAN PROPERTY CASUALTY INSURANCE ASSOCIATION; NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES

    Amici Supporting Appellee

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Thacker, Judge Heytens, and Senior Judge Keenan.

For the Court

/s/ Patricia S. Connor, Clerk